## REDDING *v.* THE STATE.

LAMAR, J.  There was no error of law complained of; the evidence was conflicting, but amply sufficient to sustain the conviction; the newly discovered evidence was merely cumulative in character; and the judgment refusing a new trial is  *Affirmed.  All the Justices concur.*

Submitted June 20, — Decided July 12, 1904.

Accusation of assault and battery.  Before Judge Hodges. City court of Macon.  April 11, 1904.

*Richard Curd, J. S. Edwards*, and *Jere Moore*, for plaintiff in error.  *William Brunson*, solictor-general, contra.

---

## JOHNSON *v.* THE STATE.

EVANS, J.  Two witnesses testified to the unlawful battery.  They were believed by the judge, who tried the case without a jury.  The judgment of guilty is amply supported by the evidence, and the defendant's motion for a new trial on the grounds that the verdict was contrary to law and the evidence was properly refused.

*Judgment affirmed.  All the Justices concur.*

Submitted June 20,—Decided July 12, 1904.

Accusation of assault and battery.  Before Judge Hodges. City court of Macon.  April 11, 1904.

*Richard Curd, J. S. Edwards*, and *Jere Moore*, for plaintiff in error.  *William Brunson*, solicitor-general, contra.